AO 91 (Rev. 11/11) Criminal Complaint

AUSA Edward A. Liva, Jr. (312) 886-7647

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**

UNITED STATES OF AMERICA

v.

AARON GARCIA;
ALFREDO GARCIA; and
AGUSTIN GARCIA

CASE NUMBER:

AUG 2 8 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**19CR     685**

MAGISTRATE JUDGE VALDEZ

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 27, 2019, at Schaumburg, in the Northern District of Illinois, Eastern Division, the defendants violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 846 | did knowingly and intentionally conspire to distribute a controlled substance, namely, 1000 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 United States Code, Section 841(a) |

This criminal complaint is based upon these facts:

   X   Continued on the attached sheet.

MARK WASUNYK
Special Agent, Homeland Security Investigations (HSI)

Sworn to before me and signed in my presence.

Date: August 28, 2019

City and state: Chicago, Illinois

*Judge's signature*

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and Title*

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Mark Wasunyk, being duly sworn, state as follows:

1.     I am a Special Agent with the Homeland Security Investigations ("HSI") and have been so employed since approximately September 2009. I am currently assigned to Resident Agent in Charge Office for Chicago O'Hare International Airport, and my responsibilities include the investigation of narcotics trafficking offenses.

2.     This affidavit is submitted in support of a criminal complaint alleging that AARON GARCIA, ALFREDO GARCIA, and AGUSTIN GARCIA have violated Title 21, United States Code, Section 841(a) and 846. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging AARON GARCIA, ALFREDO GARCIA, and AGUSTIN GARCIA with conspiracy to distribute heroin, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

1

## I.   FACTS SUPPORTING PROBABLE CAUSE

4.   HSI is conducting a narcotics investigation of AARON GARCIA regarding narcotics trafficking in the Northern District of Illinois. As described below, AARON GARCIA distributed approximately 3.4 grams of heroin to an undercover HSI agent at a shopping mall parking lot in Schaumburg, Illinois on August 21, 2019, and discussed distributing a larger quantity of heroin at a future date and time.  On August 27, 2019, on behalf of AARON GARCIA, ALFREDO GARCIA transported approximately one kilogram of heroin to be sold to undercover HSI agents in a parking lot at the same mall. AGUSTIN GARCIA served as a lookout for the deal, and AARON GARCIA was present in the parking lot. After ALFREDO GARCIA and AGUSTIN GARCIA were arrested, AARON GARCIA fled the parking lot in a vehicle and was ultimately arrested.

5.   Specifically, according to a confidential source ("CS")[1] in late 2017, CS met AARON GARCIA while in prison at a federal facility. During their stay at the federal facility, CS and AARON GARCIA discussed narcotics trafficking. According

---

[1] CS has been cooperating with law enforcement since approximately November of 2018. CS is providing information in this investigation in exchange for immigration benefits, namely, deferred action on deportation. To date, CS has not been paid for his/her cooperation. CS has a criminal history involving allegations of distribution of a controlled substance. The information provided by CS has been corroborated by physical surveillance, consensual recordings, and information from other law enforcement officers.

to CS, AARON GARCIA indicated that he could supply heroin to CS, and they agreed to work together on future narcotics transactions when they were released from federal custody.

6.     According to CS, CS and AARON GARCIA exchanged contact information while they were in federal custody. Specifically, AARON GARCIA provided to CS an email address for CS to contact, and CS provided a phone number to AARON GARCIA.

7.     In approximately January 2019, CS sent an email to the email address AARON GARCIA provided, asking that AARON GARCIA contact CS. AARON GARCIA then called CS and informed CS that AARON GARCIA was at a halfway house and would call CS after completing his time at the halfway house.

8.     According to CS, at a later point in time, AARON GARCIA called CS from the phone number 312-792-6536 ("GARCIA number"[2]) and informed CS that he was ready to conduct narcotics transactions with CS. CS told AARON GARCIA that they should communicate about the transactions via WhatsApp.[3]

_____

[2] The GARCIA number has been identified as GARCIA's number based on information from CS and the use of GARCIA's first name in WhatsApp text communications between CS and GARCIA, and because a meeting was set up with GARCIA for August 21, 2019, while GARCIA was using this phone, and GARCIA showed up for the meeting.

[3] According to WhatsApp (https://www.whatsapp.com/about/), "More than 1 billion people in over 180 countries" use WhatsApp for internet based calling and messaging including text, audio, and video. According to WhatsApp, "[o]ur product now supports sending and receiving a variety of media: text, photos, videos, documents, and location, as well as voice calls. Our

**July 29 – August 18, 2019 WhatsApp Communications Regarding Sale of Heroin**

9.      On or about July 29, 2019, AARON GARCIA began a WhatsApp chat conversation with CS, using the AARON GARCIA number. During the course of the conversation, which lasted from on or about July 29, 2019 until on or about August 18, 2019, AARON GARCIA and CS discussed the sale of narcotics from AARON GARCIA to CS. AARON GARCIA, who indicated that he was located in Chicago, informed CS that AARON GARCIA wanted to transport narcotics to New York, where CS was located. During the conversation, AARON GARCIA also discussed the price and transportation of the heroin, and agreed to provide a sample of the heroin to CS for purity testing.

10.      Specifically, AARON GARCIA and CS exchanged the following communications[4] on or about July 29, 2019. In these communications, AARON GARCIA informed CS that he was out of the halfway house and that he wanted to sell heroin to CS as soon as possible. AARON GARCIA and CS discussed meeting in

_____

messages and calls are secured with end-to-end encryption, meaning that no third party including WhatsApp can read or listen to them."

[4] The investigation included the use of consensually recorded text messages, phone conversations, and in person meetings. Most of the recorded conversations are in the Spanish language. The summaries of the recorded conversations are based on a preliminary review of the recorded conversations, conducted by a Spanish-speaking HSI agent. The language that is quoted from the recorded conversations throughout this affidavit is based upon a preliminary review, not final transcripts or interpretations, of the recorded conversations. The times listed for the recorded conversations are approximate. The summaries do not include all potentially criminal communications or topics covered during the course of the recorded conversations.

person in Chicago, where AARON GARCIA was located, to discuss the price for the heroin.

GARCIA:  Hey what's up how are you doing?

CS:  I'm good here, hot, and you?

CS:  How is everything?

GARCIA:  Everything good, hot as well. Just got out of the half house. Do you remember what I spoke to you about in [the federal facility]. [GARCIA is asking CS if CS recalls their conversations from prison in which they discussed the possibility of GARCIA supplying heroin to CS after being released from federal custody][5]

CS:  That's good you finally finished the tough part. Yes I remember.

GARCIA:  Ok.

GARCIA:  I am good for now. I was talking to a friend about going with me over there where you are at. We are going to take a while to go. But you can come see me. [GARCIA is telling CS that GARCIA was talking to a friend about going to New York, where CS was located, but that CS could come to the Chicago to see GARCIA]

CS:  Yes I can go you tell me when? That way we can talk good [CS is telling GARCIA that CS can meet in person with GARCIA in Chicago so that they can talk more in depth about narcotics transactions]

GARCIA:  Ok good. I am going to speak with my friend. And later I will pass you another number so you can call me. So that we can agree soon so we can do this as soon as possible. [GARCIA is saying that he

---

[5] At various points in the affidavit, I have included in brackets or otherwise my understanding of what is being said during recorded conversations. My understanding and interpretations of the recorded conversations are based on (i) the contents and context of the recorded conversations, (ii) my experience and my fellow agents' experiences as law enforcement agents, (iii) my knowledge of the investigation as a whole, and (iv) in some instances, information provided by CS.

wants to reach an agreement soon with CS about the nature, quantity, and price of the narcotics transaction and conduct the transaction as soon as possible]

CS:        Ok speak to your friend and let me know. Send me the number

GARCIA:    ok

CS:        And the prices we can talk about over there. [CS is telling GARCIA that they can discuss the price of the narcotics in Chicago]

GARCIA:    ok jaja yes definitely.

CS:        Tell me when you speak to your friend so we can arrange everything before we go.

GARCIA:    ok

11.    AARON GARCIA and CS exchanged the following communications on or about August 15-16, 2019. In these communications, AARON GARCIA informed CS that AARON GARCIA would sell heroin to CS for $44,000 per kilogram, but that AARON GARCIA was not able to transport the heroin from Chicago to New York. CS told AARON GARCIA that CS found transporters to bring the heroin from Chicago to New York and that it would cost CS $2,000 per kilogram of heroin to transport the heroin. CS also informed AARON GARCIA that CS wanted to purity test a sample of the heroin before purchasing a larger volume from AARON GARCIA.

GARCIA:    They are at 44 [GARCIA is saying that he can sell a kilogram of heroin to CS for $44,000[6]]

_____

[6] Based on my training and experience, I know that kilograms of heroin are sold in the Chicago area for between approximately $40,000 - $50,000, with the ultimate price depending on a number of factors, such as the relationship between the parties, the quality of the heroin,

CS:          Hey how are you doing sorry I left my cell at home.

CS:          44 put here? [CS is asking GARCIA whether a kilogram of heroin will cost $44,000 in New York or in Chicago[7]]

GARCIA:    No, here. I don't have a way to go there right now. [GARCIA is confirming that the price of heroin will be $44,000 in Chicago and that GARCIA does not have a way to transport the heroin from Chicago to New York]

CS:          You have no one to put it down here? [CS is confirming that GARCIA does not have a way to transport the heroin from Chicago to New York]

GARCIA:    No

CS:          Ok let me see what I can do to find someone to transport it down here. [CS is telling GARCIA that CS will try to find someone to transport the heroin from Chicago to New York]

GARCIA:    Ok

CS:          What part of Chicago are you in? the transportation is asking?

GARCIA:    Chicago in the center.

CS:          Ok let me tell him to see how much he wants to charge me. Hopefully he doesn't charge me too much.

CS:          They are charging me 2 pesos for each one. [CS is telling GARCIA that CS will need to pay transporters $2,000 dollars per kilogram to transport the heroin from Chicago to New York]

---

and the quantity of the heroin. Based on that knowledge and the investigation to date, I believe that when GARCIA said "44," he was stating that the price of one kilogram of heroin would be $44,000 per kilogram.

[7] Based on my training and experience, the price per kilogram of heroin rises as it is transported from Chicago to the east coast, due to the cost of transporting the heroin and the risk of the heroin being intercepted by law enforcement.

GARCIA:    That seems kind of expensive. I can give you a lower price on the product so that you can make up for the transportation costs. [GARCIA is telling CS that he might be able to sell the heroin to CS for less than $44,000 per kilogram to offset the transportation costs]

CS:        Yes, so that it can be worth it. You tell him I'm paying cash.

GARCIA:    Ok

GARCIA:    Ok in the future I can go where you are at and I can stay for a while [GARCIA is telling CS that in the future, GARCIA can transport the heroin from Chicago to New York]

CS:        Is the quality of the food good or I will send someone to pickup the menu to taste it. [CS is asking whether the quality of the heroin is good or whether CS will need to send someone to Chicago to test its quality]

GARCIA:    It is how it has to be, but if you want to be sure, you can send someone [GARCIA is saying that the quality of the heroin is good, but that CS can send someone to Chicago to test it if CS wants to be sure]

GARCIA:    I have never had a problem with it. [GARCIA is saying that he has never had any problems with the quality of the heroin]

CS:        Yes that way I try it and if it's good we push forward. [CS is confirming that CS would like to test a sample of the heroin and that if it is good, then CS will purchase a larger quantity of heroin from GARCIA] Because they have given me work before and in a few days it falls apart. You know that type of work is delicate. [CS is telling GARCIA that CS has gotten bad quality heroin in the past]

GARCIA:    Ok no problem. Let me know

CS:        Ok

8

12.     AARON GARCIA and CS exchanged the following communications on or about August 18, 2019. In these communications, CS indicated to AARON GARCIA that CS would send someone to Chicago to obtain a sample of the heroin for purity testing.

> CS:        How are you Aaron? For Wednesday at around 3 we can pickup the menu. [CS is telling GARCIA that CS will send someone to test the heroin on Wednesday, August 21, 2019 at 3 p.m. in Chicago, where GARCIA indicated he is located]
>
> GARCIA:    Ok, Are you coming yourself?
>
> CS:        No I am going to send someone.

**Surveillance on AARON GARCIA**

13.     On or about August 19, 2019, HSI conducted a record check on AARON GARCIA with the Illinois Secretary of State. According to the Secretary of State, AARON GARCIA has a current Illinois driver's license listing an address on W Lyons St., Niles, Illinois ("GARCIA Residence"). Further checks indicated that a 2005 Silver Acura ("GARCIA Vehicle") is registered to GARCIA at that same address.

14.     On or about August 19, 2019, HSI agents conducted surveillance on the GARCIA Residence. At approximately 12:45 p.m., an agent observed AARON GARCIA[8] exit the residence, check the mailbox in front of the residence, and reenter the residence.

---

[8] HSI agents identified GARCIA based on the resemblance of the individual at the GARCIA Residence to the photograph of GARCIA on his Illinois driver's license.

**August 21, 2019 Transfer of Heroin Sample from GARCIA and Discussion of Transfer of Larger Quantity of Heroin at Future Date**

15.     On or about August 21, 2019, an HSI undercover agent ("UC"), purporting to be a transportation driver working with CS, conducted consensually monitored and recorded telephone calls with AARON GARCIA and coordinated a meeting at the Woodfield Mall in Schaumburg, Illinois at approximately 2:00 p.m. AARON GARCIA used the AARON GARCIA number for these telephone calls.

16.     On or about August 21, 2019 at approximately 1:50 p.m., HSI agents conducting surveillance on the AARON GARCIA Residence observed AARON GARCIA exit the residence with two minor children, enter the GARCIA Vehicle with the children, and drive away from the residence with the children.

17.     On or about August 21, 2019 at approximately 2:30 p.m., HSI surveillance units observed AARON GARCIA arrive in the parking lot of the Woodfield Mall in the GARCIA Vehicle with the two minor children. GARCIA exited the GARCIA Vehicle, and entered the front passenger side of the UC's vehicle.

18.     Once inside the UC's vehicle, AARON GARCIA immediately handed UC the sample of heroin and asked UC if he/she was also going to be at the next meeting. The UC inferred that AARON GARCIA was referencing a future meeting in which GARCIA would deliver a larger quantity of heroin. The UC stated he/she was unsure, and it was up to CS if he/she would be at the next meeting. The conversation in the UC's car was consensually monitored and recorded.

19.     On or about August 21, 2019 at approximately 1:32 p.m., AARON GARCIA exited the UC vehicle and returned to the GARCIA Vehicle. Surveillance followed AARON GARCIA to a nearby fast food restaurant and terminated the surveillance when AARON GARCIA and the two minor children exited the vehicle and entered the restaurant.

20.     After the meeting, HSI agents returned to the HSI office at O'Hare International Airport and took possession of the heroin sample from UC. The sample weighed approximately 3.4 grams and field tested positive for heroin.

**August 27, 2019 Meeting and Arrests**

21.     On or about August 27, 2019, HSI O'Hare conducted an undercover operation in an attempt to purchase two kilograms of heroin from AARON GARCIA.

22.     At approximately 11:40 a.m., a white Honda Accord (IL/255406) arrived and parked in front of the GARCIA Residence. Agents observed a Hispanic male later identified as AGUSTIN GARCIA[9] exit the vehicle and stand outside the GARCIA Residence. AARON GARCIA exited his residence and met with AGUSTIN GARCIA on the front porch, after which point, both walked to the vehicle and departed the area.

---

[9] AGUSTIN GARCIA was identified by law enforcement following his arrest, as described below.

23. At approximately 12:20 p.m., AGUSTIN GARCIA and AARON GARCIA drove to an address on Cooper Ct. in Elk Grove Village, Illinois. According to the Illinois Secretary of State's Office, this address is listed on ALFREDO GARCIA's identification card. ALFREDO GARCIA is the father of AARON GARCIA.[10]

24. At approximately 1:05 p.m., AARON GARCIA was observed walking away from the residence and back to the Honda Accord. AARON GARCIA entered the Honda Accord, and the vehicle departed the area.

25. Throughout the day on August 27, 2019, there were numerous conversations between UC and AARON GARCIA regarding a meeting later in the day. The calls between the UC and AARON GARCIA were consensually monitored and recorded.

26. During one of the conversations with UC on August 27, 2019, AARON GARCIA stated to UC that he was going to send his "jefe [Spanish slang term for father]" to see UC. UC then asked if "he [AARON GARCIA's father]" was going to go with the whole "order" [four kilograms of heroin] or whether it was going to be "half and half" [conduct a meeting for a two kilogram transaction and subsequently conduct a second meeting for the additional two kilogram transaction]. AARON GARCIA stated it would be the "same" [conduct two meetings to distribute 2

---

[10] After ALFREDO GARCIA was arrested, law enforcement showed him a picture of AARON GARCIA, and ALFREDO GARCIA identified AARON GARCIA as his son.

kilograms of heroin at each meeting]. Based on training and experience and the facts of this case, UC understood that AARON GARCIA would be sending someone else to deliver the two kilograms of heroin.

27.     On or about August 27, 2019, at approximately 6:18 p.m., AARON GARCIA sent a text message to UC with "jefe's" phone number (later identified as ALFREDO GARCIA's phone number at the time of ALFREDO GARCIA's arrest), and UC began to communicate directly with ALFREDO GARCIA about meeting at the Woodfield Mall. At approximately 7:06 p.m., ALFREDO GARCIA called UC and asked where he should meet UC. UC then asked ALFREDO GARCIA if the "guy" [AARON GARCIA] had not sent him the details. ALFREDO GARCIA stated he was told the "shopping center" and asked to meet by the "caballones" [caballones is a Spanish term for big horses and was a reference to the horse statues outside of P.F. Chang's restaurant at the Woodfield Mall]. ALFREDO GARCIA stated he was by the "center [downtown]" and indicated that he was 30-45 minutes away from the Woodfield Mall.

28.     At approximately 7:54 p.m., ALFREDO GARCIA spoke with UC and informed UC that he was at the "caballo" (which means "horse" in Spanish). UC understood this to mean that ALFREDO GARCIA was at the P.F. Chang's restaurant at the Woodfield Mall. UC then asked "how many muchachos [Spanish slang term for guys but, in this case, a reference to kilograms of heroin] do you have one or two?"

13

ALFREDO GARCIA then answered "one" and "there's a problem with the other fucker" [kilogram of heroin].

29. At approximately 8:30 p.m., UC arrived at the Woodfield Mall by Macy's in a UC vehicle, along with UC-2. The UC vehicle was equipped with audio and visual recording equipment. UC asked ALFREDO GARCIA to meet at the Macy's parking lot.

30. Around this time, agents observed AGUSTIN GARCIA walking towards P.F. Chang's. AGUSTIN GARCIA was on his phone pacing in front of the restaurant. AGUSTIN GARCIA appeared to be watching the cars in the parking and talking on his phone. A short while later, AGUSTIN GARCIA walked back to the white Honda Accord he was seen driving earlier in the day and entered the front passenger seat of the vehicle. The Honda Accord drove to the Macy's parking lot and appeared to be conducting counter-surveillance by circling the parking lot. The Honda was parked in the Macy's lot, and AGUSTIN GARCIA exited the vehicle and walked towards the entrance of Macy's, where, based on agent training and experience, he appeared to be acting as lookout conducting counter-surveillance.

31. Agents then observed a black Chevrolet Sonic (IL/AG91843) arrive at the Macy's parking lot and park near UC's vehicle.

32. ALFREDO GARCIA[11] exited the Chevrolet Sonic and entered the UC vehicle. UC then asked, "how is it going to be done with the other ones [remaining kilograms of heroin], because initially they said it would be a hand [5 kilograms of heroin], then four, then it would be two and two." UC stated, "this guy [AARON GARCIA] stated you only had one [one kilogram]," and ALFREDO GARCIA stated yes. ALFREDO GARCIA stated he was going to talk to him [AAARON GARCIA] and see if he could get them [kilograms] by the following day. ALFREDO GARCIA stated he "would get them [kilograms] the following week, on Monday or Tuesday." ALFREDO GARCIA stated he might be able to get "one or two [one or two kilograms of heroin] the following day and would not know until about 5 in the afternoon."

33. ALFREDO GARCIA asked to see the "paper" [money], at which point UC asked about the "material" [kilogram of heroin]. ALFREDO GARCIA exited the UC vehicle and then opened the trunk of his vehicle and provided UC-2 with a Bath and Body Works paper bag containing a rectangular brick-like object wrapped in plastic wrappings with gray duct tape, suspected to be heroin. Upon inspection, the UCs asked if "it [kilogram]" was "cut" [diluted with another substance], and ALFREDO GARCIA stated it was not "cut." Later, the package was field tested and

---

[11] This individual was identified as ALFREDO GARCIA following his arrest, as described below.

weighed by HSI agents. The package weighed approximately 1063 grams and tested positive for heroin.

34.     Upon seeing the package, UC gave the take down signal and ALFREDO GARCIA was arrested on scene. AGUSTIN GARCIA was also arrested on scene. The white Honda Accord sped away and failed to stop for law enforcement personnel. The Honda Accord exited the mall parking lot at a high rate of speed. The Honda Accord was discovered a short time later after being involved in a traffic accident with another vehicle. Agents responded to the scene of the accident, and based upon assistance from witnesses pursued the suspect, later identified as AARON GARCIA as he fled the accident scene. According to witnesses, AARON GARCIA ran across Interstate 290 and was observed running down the eastside embankment into the tall weeds. Agents set up a perimeter to contain AARON GARCIA, who was later discovered lying face down in the weeds. Agents then arrested AARON GARCIA.

35.     Agents advised AGUSTIN GARCIA of his *Miranda* rights, and interviewed AGUSTIN GARCIA on scene. After agents advised AGUSTIN GARCIA of his *Miranda* rights, AGUSTIN GARCIA stated that he was going to be paid $150 dollars to act as a lookout for a drug deal. AGUSTIN GARCIA stated he thought it was a marijuana deal and stated he was surprised it was heroin.

36.     Agents advised ALFREDO GARCIA of his *Miranda* rights, and interviewed ALFREDO GARCIA. After agents advised ALFREDO GARCIA of his *Miranda* rights, ALFREDO GARCIA stated that he picked up the package that was

16

in his vehicle at approximately 6:00 p.m., in Chicago. An agent asked if the package contained heroin, and ALFREDO GARCIA confirmed that it did.

37.     Agents advised AARON GARCIA of his *Miranda* rights, and AARON GARCIA asked for an attorney before questioning.

## II.     CONCLUSION

38.     Based on the above information, there is probable cause to believe that, on or about August 28, 2019, at Schaumburg, in the Northern District of Illinois, Eastern Division, AARON GARCIA, ALFREDO GARCIA, and AGUSTIN GARCIA did knowingly and intentionally conspire to distribute a controlled substance, namely, 1000 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

FURTHER AFFIANT SAYETH NOT.

Mark Wasunyk
Special Agent
Homeland Security Investigations

SUBSCRIBED AND SWORN to before me on August 28, 2019.

MARIA VALDEZ
United States Magistrate Judge

17